IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Raul Barajas, Jr.,<br><br>        Defendant. | 09-04293MP-001-PCT-MEA<br><br>**ORDER** |

    The defendant appeared in court and admitted to violating his conditions of probation as alleged in Paragraph A and Paragraph B of the Petition to Revoke Supervised Probation.

    IT IS ORDERED revoking the defendant's supervised probation as unsuccessfully completed.

    IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **SIX (6) MONTHS** on each of the two citations, said sentences to run concurrently with each other, with credit for time served. The Court recommends that the defendant serve his sentence at El Tuna Satellite in El Paso, Texas.

    IT IS FURTHER ORDERED that Paragraph C of the petition is DISMISSED.

    DATED this 22nd day of February, 2011.

                                                Mark E. Aspey<br>
                                         United States Magistrate Judge